UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 21-cr-79 (BAH) |
| | : | |
| KEVIN JAMES LYONS, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel via USAfx on July 11, 2023, for potential use at the sentencing scheduled in this matter.

| Exhibit No. | Description / Timestamp of Defendant's Appearance | Length |
| --- | --- | --- |
| 12 | Cell phone video taken by the Defendant that him as part of a crowd confronting law enforcement officers in a hallway shortly before beginning to exit the Capitol. Defendant can be heard speaking throughout the video but the most probative portion is 1:55 through 2:50. | 5:02 |

Government's Exhibit 12 is in addition to those exhibits introduced at the April 7, 2023, Stipulated Trial in this matter. *See* ECF 72.

The United States further notifies the Court that the owner of the wallet that the Defendant stole while he was in the Speaker's office suites has previously described his experience on January 6, 2021, to members of the media. *See* Rachel Scott, Mariam Khan, and Benjamin Siegel, *1 year after Jan. 6 House lawmakers tell of trauma, grief, resilience*, ABC News, January 6, 2022, *available at* https://abcnews.go.com/Politics/year-jan-house-lawmakers-trauma-grief-resilience/story?id=82087924 (beginning at timestamp 2:37).

1

* * *

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: <u>*s/ Sean P. McCauley*</u>
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov