UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-79 (BAH) |
| **KEVIN JAMES LYONS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**JOINT REPORT AND POSITION OF THE PARTIES**
**REGARDING PUBLIC RELEASE OF EVIDENCE**

Per this Honorable Court's July 5, 2023, Minute Order, the United States has conferred with counsel for the Defendant and advises that neither the United States nor the Defendant objects to making publicly available the exhibits identified on the Government's Exhibit List (ECF No. 91).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov